IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-21081
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

MICHAEL J. DOUGLASS,

                                        Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-95-CR-284-4
- - - - - - - - - - -
August 15, 1997

Before KING, HIGGINBOTHAM, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

Michael J. Douglass appeals his guilty-plea conviction for selling false obligations in violation of 18 U.S.C. § 473. Douglass argues that the Government breached the plea agreement because it had no intention to stand by or support its U.S.S.G. § 5K1.1 motion, that the district court erred in allowing the testimony of a victim, and that the district court erred in its computation of losses.

Pursuant to his plea agreement with the Government, Douglass

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

waived his right to appeal his sentence except as to a sentence imposed outside applicable range.  The sentence he received fell within that range.  We have reviewed the record and conclude that the waiver was informed and voluntary and is therefore binding on Douglass.  See United States v. Melancon, 972 F.2d 566, 567-68 (5th Cir. 1992).

APPEAL DISMISSED.